IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| APOTEX, INC., *Plaintiff,* v. DAIICHI SANKYO, INC. and DAIICHI SANKYO CO., LTD. *Defendants.* | Case No.: 15-CV-03695 Judge Rebecca R. Pallmeyer |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), Defendants Daiichi Sankyo, Inc. and Daiichi Sankyo Co., Ltd. (collectively "Daiichi Sankyo") hereby move to dismiss Plaintiff Apotex, Inc.'s ("Apotex") complaint for lack of subject matter jurisdiction.

For the reasons explained below, Daiichi Sankyo submits that briefing and argument of this motion should be deferred to a later date. At Daiichi Sankyo's request, Apotex had indicated that its opposes deferring briefing and argument of this motion.

The grounds for this motion have been previously briefed in a related case between the same parties with the same operative facts, captioned *Apotex, Inc. v. Daiichi Sankyo, Inc.*, 12 CV-09295 (Judge Sharon Johnson Coleman) ("Apotex I"). *See id*. at D.I. 24-26, 31-33, 43-45. Judge Coleman granted Daiichi Sankyo's motion to dismiss in Apotex I (2014 WL 114127 (N.D. Ill., Jan. 9, 2014)), and the Federal Circuit reversed on grounds that subject matter jurisdiction exists to adjudicate that case. 781 F.3d 1356 (Fed. Cir. 2015). Daiichi Sankyo intends to

petition the Supreme Court for a writ of certiorari to review the Federal Circuit's judgment in Apotex I, on or before the September 8, 2015 deadline for filing a certiorari petition.

Should the Supreme Court deny certiorari, Daiichi Sankyo will withdraw this motion to dismiss. Should the Supreme Court grant certiorari and take any action other than to affirm the Federal Circuit judgment, briefing of this motion may be necessary. At that point, this case will be consolidated with Apotex I (which is currently stayed) and will be pending before Judge Coleman pursuant to Judge Coleman's minute entry of July 16, 2015, reassigning this case effective August 1, 2015 (following Daiichi Sankyo's July 30 deadline for responding only to the jurisdictional allegations of complaint)[1] (*see* Apotex I, D.I. 69, 83).

Based on the foregoing, Daiichi Sankyo respectfully requests that briefing and argument of this Motion to Dismiss be deferred until after resolution of Apotex I by the Supreme Court.

---

[1] Along with this motion to dismiss, Daiichi Sankyo is simultaneously filing a limited answer responding to the personal jurisdiction and venue allegations of the complaint.

Dated: July 30, 2015            Respectfully submitted,

                                     s/__*David C. Van Dyke*_____
David C. Van Dyke (#6204705)
Emily E. Bennett (#6305461)
HOWARD & HOWARD
200 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 456-3641
Facsimile: (312) 939-5617
email: dvd@h2law.com
email: eeb@h2law.com

Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Counsel for Defendants Daiichi Sankyo, Inc.
and Daiichi Sankyo Co., Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 30, 2015, I provided service to all counsel by causing a true and correct copy of **Defendants' Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction** to be served on all counsel of record by electronic mail and/or as agreed to by the parties:

Dated: July 30, 2015

        */s/ David C. Van Dyke*
David C. Van Dyke (#6204705)
Emily E. Bennett (#6305461)
HOWARD & HOWARD
200 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 456-3641
Facsimile: (312) 939-5617
email: dvd@h2law.com
email: eeb@h2law.com

Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Counsel for Defendants Daiichi Sankyo, Inc. and Daiichi Sankyo Co., Ltd.*

FCHS_WS 11690049v1.doc