**IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| APOTEX, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-CV-03695 |
| ) | Hon. Sharon Johnson Coleman |
| DAIICHI SANKYO, INC., ) | |
| ) | |
| and ) | |
| ) | |
| DAIICHI SANKYO CO., LTD. ) | |
| ) | |
| Defendants. ) | |

## APOTEX MOTION FOR SUMMARY JUDGMENT

Declaratory Judgment Plaintiff Apotex, Inc. respectfully moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Apotex seeks summary judgment that U.S. Patent No. 6,878,703 is not, will not, and cannot be infringed by the filing of Apotex's Abbreviated New Drug Application ("ANDA") No. 204261, or by the manufacture, marketing, use, offer for sale, sale or importation of products that are the subject of Apotex's ANDA No. 204261 because all of the claims of U.S. Patent No. 6,878,703 have been disclaimed.

Apotex's Statement of Material Facts as to Which it Contends There is No Genuine Dispute (and Exhibits A-B), its Memorandum in support of this motion, and a proposed Order accompany this motion.

1

Respectfully submitted,

HAHN LOESER & PARKS LLP

Date: 15 September 2015 By: /s/ Sherry L. Rollo_____
Steven E. Feldman
Sherry L. Rollo
HAHN LOESER & PARKS LLP
125 S. Wacker Drive, Suite 2900
Chicago, Illinois 60606
Telephone: (312) 637-3000
Facsimile: (312) 637-3001

Attorneys for Plaintiff
APOTEX INC.