IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| APOTEX INC.,<br><br>        Plaintiff,<br><br>v.<br><br>DAIICHI SANKYO, INC. and DAIICHI SANKYO CO., LTD.,<br><br>        Defendants,<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>        Intervenor-Defendant. | No. 15-CV-3695<br><br>Hon. Sharon Johnson Coleman |

**DEFENDANTS' MOTION TO ENTER JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

On February 18, 2016, the Court held a hearing on Plaintiff Apotex's motion for judgment (ECF No. 72). As noted at that hearing, Mylan and Daiichi Sankyo object to the forms of judgment proposed by Apotex in that motion (ECF No. 73, Exh. A). Mylan and Daiichi Sankyo have conferred with Apotex regarding a proposed final judgment, but have been unable to reach agreement with Apotex. Attached hereto as Exhibit A is Mylan and Daiichi Sankyo's current proposed final judgment. Mylan and Daiichi Sankyo will endeavor to confer further with Apotex and, if an agreement can be reached, will submit an agreed-upon form of judgment as soon as possible.

Respectfully submitted,


					By:	*/s/ James Coughlan*
						Attorneys for Intervenor-Defendant
						Mylan Pharmaceuticals Inc.

James Coughlan
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL.  60603
312.324.8400

Shannon M. Bloodworth
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
202.654.6200

David L. Anstaett
Autumn N. Nero
Perkins Coie LLP
One East Main Street, Suite 201
Madison, WI  53703
608.663.7460

Dated:  February 25, 2016

Dated:  February 25, 2016          /s/ Dominick A. Conde
David C. Van Dyke (#6204705)
Emily E. Bennett (#6305461)
Howard & Howard
200 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 456-3641
Facsimile: (312) 939-5617
Email:  dvd@h2law.com
        eeb@h2law.com

Dominick A. Conde *(Pro Hac Vice)*
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas, 17th Floor
New York, NY 10104
Telephone: (212) 218-2255
Facsimile: (212) 218-2200
Email: dconde@fchs.com

*Attorneys for Defendants Daiichi Sankyo, Inc. and Daiichi Sankyo Co., Ltd.*

# CERTIFICATE OF SERVICE

I, James B. Coughlan, hereby certify that on February 25, 2016, I electronically filed the foregoing **DEFENDANTS' MOTION TO ENTER JUDGMENT PURSUANT TO FED. R. CIV. P. 58** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

Steven E. Feldman
Leonard Friedman
Sherry L. Rollo
Daniel R. Cherry
**Hahn Loeser & Parks LLP**
125 South Wacker, Suite 2900
Chicago, IL 60606
sfeldman@hahnlaw.com
lfriedman@hahnlaw.com
srollo@hahnlaw.com
dcherry@hahnlaw.com

David C. Van Dyke
Emily E. Bennett
**Howard & Howard, PLLC**
200 South Michigan Ave. Suite 1100
Chicago, IL 60604
dvd@h2law.com
ebennett@howardandhoward.com


C. Austin Ginnings
Dominick A. Conde
Joshua Calabro
Nina Shreve
**Fitzpatrick Cella Harper & Scinto**
1290 Avenue of the Americas
New York, NY 10104
caginnings@fchs.com
dconde@fchs.com
jcalabro@fchs.com
nshreve@fchs.com


      */s/ James B. Coughlan*